EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                  | 2024 TSPR 7   |
|                         |               |
| Orlando Montes Rivera   | 213 DPR ___   |

Número del Caso:  TS-12,061

Fecha:  29 de enero de 2024

Representante Legal de Orlando Montes Rivera:

  Lcda. Daisy Calcaño López

Materia:  Conducta Profesional — Suspensión provisional e inmediata del ejercicio de la abogacía.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Orlando Montes Rivera

TS-12,061

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de enero de 2024.

Examinada la moción en cumplimiento de orden que presentó el Lcdo. Orlando Montes Rivera ──mediante la cual se allanó a que este Tribunal lo suspendiera del ejercicio de la abogacía── y al amparo de nuestro poder inherente para reglamentar la profesión legal, ordenamos su suspensión de manera inmediata. La suspensión que hoy decretamos es de carácter provisional en la medida en que el proceso criminal que enfrenta aún no es final y firme.

También, se le ordena mantener a este Tribunal informado del estado del proceso penal que se sigue en su contra en el foro federal, comunicándonos cualquier desarrollo que surja de dicho trámite.

Asimismo, se le advierte que, de ser el caso, una vez el tribunal federal dicte sentencia condenatoria y esta advenga final y firme, procederemos a suspenderlo indefinidamente del ejercicio de la abogacía.

Finalmente, dentro del término de treinta (30) días, contado a partir de la notificación de esta Resolución, se le impone el deber de certificarnos que notificó a todos sus clientes de su incapacidad para continuar con su representación, la devolución de los expedientes y los honorarios recibidos por trabajos no rendidos en los casos pendientes y que informó su inhabilidad para ejercer la profesión a los foros judiciales y administrativos en los que tenga un caso pendiente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. Los Jueces Asociados señores Kolthoff Caraballo y Estrella Martínez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo